BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00181 LJO SKO |
|---|---|
| Plaintiff, | STIPULATION & ORDER TO CONTINUE STATUS CONFERENCE |
| v. | OLD DATE: February 2, 2015<br>OLD TIME: 1:00 p.m. |
| GEVORG MEROYAN, and<br>DAVID MANUKYAN | NEW DATE: March 30, 2015<br>NEW TIME: 1:00 p.m.<br>COURT:   Three |
| Defendants. | (Hon. Sheila K. Oberto) |

Defendants GEVORG MEROYAN and DAVID MANUKYAN, by and through their counsel of record George Mgdesyan and Carrie Christine McCreary, and plaintiff the United States of America, by and through their counsel of record, hereby jointly stipulate and respectfully request that the status conference currently set for February 2, 2015, be continued to March 30, 2015, and that the Court order that time be excluded under the Speedy Trial Act through the status conference on March 30, 2015.

The grounds for this stipulation are that a continuance of time

Stipulation & Order to
Continue Status Conference

1

through March 30, 2015 is required to provide time for consideration of potential resolution and defense preparation, taking into account due diligence. Since the last status conference, the government has provided proposed plea terms to both defendants, and the defendants will require time to consider the potential plea terms with their counsel and to further prepare for trial if the resolution is not reached.

In addition, the current status conference was inadvertently set during the time of a pre-paid planned vacation for counsel for defendant Meroyan.

A continuation of the status conference to March 30, 2015, would result in a more efficient use of time for the court and the parties, and there would otherwise not be sufficient time for effective defense preparation and plea negotiations before February 2, 2015.

The parties agree and stipulate that time should be excluded in the interests of justice through and including the continued status conference on March 30, 2015, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(i) & (iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the

///
///
///
///
///
///
///
///
///

Stipulation & Order to
Continue Status Conference

1  defendant in a speedy trial.
2      IT IS SO STIPULATED.
3                                      Respectfully Submitted,
4
5  DATED: January 29, 2015       By: /s/George Mgdesyan
                                     GEORGE MGDESYAN
6                                    Attorney for defendant
                                     GEVORG MEROYAN
7
   DATED: January 29, 2015       By: /s/Carrie C. McCreary
8                                    CARRIE C. McCREARY
                                     Attorney for defendant
9                                    DAVID MANUKYAN
10
11 Dated: January 29, 2015            BENJAMIN B. WAGNER
                                      United States Attorney
12
13                               By: /s/ MATTHEW G. MORRIS
                                     MATTHEW G. MORRIS
14                                   Assistant U.S. Attorney

Stipulation & Order to                3
Continue Status Conference

**ORDER**

The parties' stipulated request for a continuance of the status conference date is GRANTED for defense preparation and to allow the parties additional time to achieve a mutually agreeable resolution of this matter.  Should the parties resolve the case, they shall request that the matter be reset as a change of plea hearing before United States District Judge Lawrence J. O'Neill on March 30, 2015, at 8:30 a.m.  If the parties are unable to resolve the matter, they shall be prepared to select a mutually agreeable trial date at the next status conference.

It is ordered that time be excluded in the interests of justice based on the grounds set forth in the parties' stipulation, through and including the continued status conference date of March 30, 2015, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 29, 2015**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE