BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:14-CR-00181-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| DAVID MANUKYAN, and GEVORG MEROYAN, | |
| Defendants. | |

Based upon the plea agreements entered into between United States of America and defendants David Manukyan and Gevorg Meroyan, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), defendant David Manukyan and Gevorg Meroyan's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Toshiba laptop S/N 93044494HU;

    b. 2 Cruzer 2GB USB drives;

    c. Attache 128 MB USB drive;

    d. 2 Electronic card readers;

    e. Approximately 42 counterfeit access devices seized on

August 30, 2009;

 f. Approximately 24 counterfeit access devices seized on September 17, 2011;

 g. LJ NTLG300GB cellular telephones;

 h. Kyocera Melo S1300 cellular telephone;

 i. Huawei M328 cellular telephone;

 j. Samsung SGH-A867 cellular telephone; and

 k. Blackberry 9000 cellular telephone.

2. The above-listed assets constitute property derived from, proceeds the defendants obtained directly or indirectly, or property used or intended to be used to commit a violation of 18 U.S.C. §§ 1029(b)(2) and (a)(3).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Federal Bureau of Investigation, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. §§ 982(b)(1) and 1029(c)(2), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **August 13, 2015**                    **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE