GEORGE G. MGDESYAN, SBN 225476
MGDESYAN LAW FIRM
15260 Ventura Blvd., Penthouse 2200
Sherman Oaks, CA 91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: george@mgdesyanlaw.com

Attorney for Defendant
GEVORG MEROYAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-cr-00181-LJO-SKO-1 |
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| GEVORG MEROYAN, | |
| Defendant | |

Having considered the parties' stipulation, Defendant Gevorg Meroyan's sentencing hearing is continued from November 16, 2015 at 11:00 a.m. and December 7, 2015 11:00 a.m.

IT IS SO ORDERED.

Dated:  **October 14, 2015**         /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE