BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:14-CR-00181-LJO-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DAVID MANUKYAN, and GEVORG MEROYAN, | |
| Defendants. | |

WHEREAS, on August 13, 2015, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants David Manukyan and Gevorg Meroyan in the following property:

    a. Toshiba laptop S/N 93044494HU;

    b. 2 Cruzer 2GB USB drives;

    c. Attache 128 MB USB drive;

    d. 2 Electronic card readers;

    e. Approximately 42 counterfeit access devices seized on August 30, 2009;

    f. Approximately 24 counterfeit access devices seized on September 17, 2011;

    g. LJ NTLG300GB cellular telephones;

    h. Kyocera Melo S1300 cellular telephone;

    i. Huawei M328 cellular telephone;

    j. Samsung SGH-A867 cellular telephone; and

    k. Blackberry 9000 cellular telephone..

 AND WHEREAS, beginning on August 22, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

 AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

 Accordingly, it is hereby ORDERED and ADJUDGED:

 1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(2)(B) and 1029(c)(1)(C), to be disposed of according to law, including all right, title, and interest of David Manukyan and Gevorg Meroyan.

 2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

///

///

    3.    The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **December 15, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE